| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br><br>NORGAARD O'BOYLE<br>184 Grand Avenue<br>Englewood, New Jersey 07631<br>Telephone Number (201) 871-1333<br>Facsimile Number (201) 871-3161<br>Attorneys for Creditor,<br><u>Sasa Femic</u><br><br>By: KARL NORGAARD, ESQ.<br>      KN - 4764<br>Email [Knorgaard@norgaardfirm.com]<br><br>In Re:<br><br>**PLAZA PATISSERIE, INC.**<br>**Dba AKROTIRI** | Case No.:    19-40361<br><br>Chapter:    11<br><br><br><br>Adv. No.:    _____<br><br>Hearing Date:    NA<br><br>Judge:    CEC |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES

The undersigned represents the above-mentioned debtor herein, and hereby notices his appearance pursuant to the Federal Rule of Bankruptcy Procedure 9010, and requests service of all notices pursuant to Federal Rule of Bankruptcy Procedure 2002.

Please serve all notices, regardless of form, on:

> **NORGAARD O'BOYLE**
> **184 Grand Avenue**
> **Englewood, New Jersey 07631**
> **Telephone Number (201) 871-1333**

Nothing herein shall relieve the debtor or any party from service required by due process of law, the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and/or the local rules of practice. This demand requires an additional notice and does not alleviate responsibility of any

notice previously required and/or served.

                              NORGAARD O'BOYLE
                              Attorneys for Creditor

                              By/s/ *Karl J. Norgaard Esq.*
Dated: February 15, 2019    KARL J. NORGAARD, ESQ.